THIRD DEPARTMENT, JUNE, 1961

(June 1, 1961)

In the Matter of the Claim of DORIS SEGNINI, Respondent, v. ROXBURY SKI CENTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.